UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| APRIL HIGGINS | ) | |
| | ) | |
| | ) | NO. 3:12-1272 |
| v. | ) | JUDGE SHARP |
| | ) | |
| HEARTLAND DENTAL CARE | ) | |

**O R D E R**

Before the Court is Plaintiff's signed Notice of Acceptance of Offer of Judgment (Docket No. 14), which includes Defendant's Offer of Judgment as Exhibit A.

In accordance with Plaintiff's Notice of Acceptance, the Clerk is instructed to enter judgment in favor of Plaintiff in the amount of $9,500 plus attorneys' fee and costs in the amount of $14,000. [1]

Accordingly, this action is DISMISSED with prejudice.

IT IS SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

---

[1] The Court has been informed by Plaintiff's counsel that the referenced prejudgment interest in the offer of judgment is no longer an issue to be considered.